C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

July 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

    Re:    **Kristy Ann Lindstrom - Case #10-22168**
           **Request to Deposit Unclaimed Funds into the United States Treasury**

Dear Clerk of Court:

    Enclosed please find my Trustee's checks in the amount of $2.68 and $2.84. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

**Claimant:** Canandaigua National Bank    **Amount:** $2.84    **Claims Register:** #2

*[handwritten: Rec # 8237  $2.84  7/20/11]*

**Claimant:** Capital Recovery IV LLC    **Amount:** $2.68    **Claims Register:** #4

*[handwritten: Rec# 8238  $2.68  7/20/11]*

*/s/ C. Bruce Lawrence*
C. Bruce Lawrence

*[Stamps: FILED JUL 20 2011 BANKRUPTCY COURT ROCHESTER, NY; RECEIVED JUL 20 2011 BANKRUPTCY COURT ROCHESTER, NY]*